AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MEANS, TERRY R. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>06/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

201 ELDON B. MAHON U.S. COURTHOUSE
501 WEST 10TH STREET
FORT WORTH, TEXAS 76102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sucessor Trustee | Testamentary trust |
| 2. Trustee | Testamentary trust |
| 3. President, director | Lewis Means, Inc. (family-owned, closely held corporation) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Means & Means, PC, d/b/a JoAnn H. Means, attorney at law |
| 2. | 2011 | Lewis Means, Inc.--salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Ed. Financial Service | College Loan | K |
| 2. | Sallie Mae | College Loan | K |
| 3. | Sallie Mae | College Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Corsicana National Bank, Corsicana, Texas (accounts) | A | Interest | J | T | | | | | |
| 2. | First Fin. Bank, Weatherford, Texas (accounts) | A | Interest | K | T | | | | | |
| 3. | 1/2 interest in apt bldg (1985)($250,000) Corsicana, TX | A | Rent | L | R | | | | | |
| 4. | IRA #1 | | | | | | | | | |
| 5. | ---Prime Fund--Capital Res. class (money market) | A | Interest | | | Closed | 04/25/11 | K | | |
| 6. | --Exxon Mobile Comm. Stk. | A | Dividend | K | T | Buy | 04/25/11 | K | | |
| 7. | --Williams Cos Comm. Stk. | A | Dividend | K | T | Buy | 04/25/11 | K | | |
| 8. | ING Employer's 401(k) Plan (#12) (#6) | | | | | | | | | |
| 9. | ---ING Int'l SmCp Multi-Mgr-A (#7) | A | Interest | J | T | | | | | |
| 10. | Corsicana Bankshares common stock (#8) | B | Dividend | J | T | | | | | |
| 11. | Testamentary trust of filer's ▮▮▮▮ (#9) | | | | | | | | | |
| 12. | ---Lewis Means, Inc., common stock (#10) | E | Dividend | L | W | | | | | |
| 13. | Testamentary trust of filer's ▮▮▮▮ ▮▮ (#11) | | | | | | | | | |
| 14. | ---Min'l rights, parcel 1, Lea Co., NM (1992 appr.) (#12) | | None | J | Q | | | | | |
| 15. | ---Min'l rights, parcel 2, Lea Co., NM (1992 appr.) (#13) | | None | J | Q | | | | | |
| 16. | Lewis Means Inc. (#14) | | | | | | | | | |
| 17. | ---First Fin. Bank, Weatherford, TX (#15) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Northwestern Mutual "Whole Life" (#16) | B | Dividend | J | T | | | | | |
| 19.  Northwestern Mutual "65 Life" (#17) | B | Dividend | J | T | | | | | |
| 20.  Penn Mutual "Whole Life" (#18) | A | Dividend | J | T | | | | | |
| 21.  Surf/Min, Freestone: Parcel 1 ($40,280) (#20) | | None | K | S | | | | | |
| 22.  Royalty, Freestone: Parcel 2 (Y) (#21) | | | | | | | | | |
| 23.  Royalty, Freestone: Parcel 3 ($1677) (#22) | A | Royalty | J | S | | | | | |
| 24.  Royalty, Gregg; Parcel 2 ($1400) (X) | A | Royalty | J | S | | | | | |
| 25.  Real est, Navarro: Parcel 1, 6 tracts ($467,990) (#23) | A | Rent | N | S | | | | | |
| 26.  Royalty, Navarro: Parcel 2 ($3353) (#24) | B | Royalty | J | S | | | | | |
| 27.  Royalty, Pecos: Parcel 1 (agg. $2150) (#25) | A | Royalty | J | S | | | | | |
| 28.  Royalty, Pecos: Parcel 2 ($3600) (#26) | A | Royalty | J | S | | | | | |
| 29.  Royalty, Pecos: Parcel 3 ($3400) (#27) | A | Royalty | J | S | | | | | |
| 30.  Royalty, Reeves: Parcel 1 ($2380) (#28) | A | Royalty | J | S | | | | | |
| 31.  Royalty, Upton: Parcel 1 (agg. $1235) (#29) | A | Royalty | J | S | | | | | |
| 32.  Royalty, Ward: Parcel 1 (Y) (#30) | | | | | | | | | |
| 33.  Royalty, Ward: Parcel 2 (agg. $13,970) (#31) | A | Royalty | J | S | | | | | |
| 34.  Royalty, Wood: Parcel 1 ($3340) (#32) | A | Royalty | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royalty, Wood: Parcel 2 ($9900) (#33) | B | Royalty | J | S | | | | | |
| 36. Royalty, Wood: Parcel 3 ($5500) (#34) | A | Royalty | J | S | | | | | |
| 37. Royalty, Wood: Parcel 4 ($2210) (#35) | A | Royalty | J | S | | | | | |
| 38. Royalty, Wood: Parcel 5 ($6610) (#36) | B | Royalty | J | S | | | | | |
| 39. Royalty, Zapata: Parcel 1 ($10,570) (#37) | C | Royalty | J | S | | | | | |
| 40. Royalty, Zapata: Parcel 2 ($2420) (#38) | A | Royalty | J | S | | | | | |
| 41. Royalty, Zapata: Parcel 3 (agg. $1950) (#39) | A | Royalty | J | S | | | | | |
| 42. Royalty, Zapata: Parcel 4 (agg. $48,200) (#40) | D | Royalty | K | S | | | | | |
| 43. Royalty, Zapata: Parcel 5 (agg. $7570) (#41) | B | Royalty | J | S | | | | | |
| 44. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Generally in Part VII: County tax appraisals sometimes contain listings for separate fractional interests in the same land or minerals because they were acquired at different times. These have been aggregated, and the abbreviation "agg" so indicates.

Lines 2 through 43 of Part VII: Most have a number sign and a number in parentheses (e.g., (#37)) that indicate on what line this entry may be found in the report for calendar year 2010.

Lines 21 through 43 of Part VII: Each listed property interest is in the State of Texas and in the county named immediately following the identification of the property interest.

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 06/07/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ TERRY R. MEANS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544